App. Div.]        First Department, December, 1907.

David R. Longenecker, Respondent, v. John R. Kuhn, George W. Fraim and Alfred G. Firth, Appellants.— Motion to dismiss appeal dismissed. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Salvatore Romano, Respondent, v. The Concordia Fire Insurance Company, Appellant.— Motion granted, without costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.